Gabrielle Nuszen, Pro Se
c/o Christina Wanies-Guirgis
9555 W. Sam Houston Pkwy S., Suite 130
Houston, Texas 77099
Tel: (832) 582-8331
Fax: (832) 379-7490

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF TEXAS

GABRIELLE NUSZEN, an individual and
Guardian ad Litem for her minor sisters, H.N.,
K.N., D.N. and Z.N., Minors,

Plaintiffs,

vs.

JACK NUSZEN; SHANNON ORAND
NUSZEN; KAREN GOLLAHER; JAY
BEVAN; GUARDIANS OF HOPE, a
Texas     Corporation;     NORMA
WILLCOCKSON; DOE DEFENDANTS I
through   X,   inclusive;   and   DOE
DEFENDANTS XI through XX, inclusive.

Defendants.

Case No. _____

COMPLAINT   FOR   PERSONAL   INJURY,
FALSE   IMPRISONMENT;   INTENTIONAL
INFLICTION   OF   EMOTIONAL   DISTRESS;
NEGLIGENT   INFLICTION   OF   EMOTIONAL
DISTRESS;   INVASION   OF   PRIVACY;
NEGLIGENCE;   BREACH   OF   FIDUCIARY
DUTY;   STRICT   LIABILITY   OF   CARRIER;
CHILD   ABUSE;   INJUNCTIVE   RELIEF;
HABEAS CORPUS

JURY DEMANDED

1

COME NOW, the Plaintiffs, GABRIELLE NUSZEN individually and as Guardian ad Litem for her minor sisters, H.N., K.N., D.N. and Z.N.

## NATURE OF THE CASE

This is a case brought by all five daughters of Defendant, JACK NUSZEN (hereinafter "JACK"), their physically and emotionally abusive biological father, seeking protection from him notwithstanding physical custody that Harris County has negligently bestowed upon him in defiance of medical reports of serious and repetitive physical and emotional abuse that he has visited upon them. JACK has been able to buy immunity from prosecution for child abuse in the family courts of Harris County, and has defied a Harris County custody order with impunity. Harris County agencies charged with protecting the Plaintiffs from JACK suffer from extreme laxity of duty and neglect of care, forcing the Plaintiffs to resort to this Court to protect their freedom and their constitutional rights.

## PARTIES

1.      Plaintiff, GABRIELLE NUSZEN (hereinafter "Gabrielle"), is, as of March 15, 2015, a citizen of the State of [CONFIDENTIAL] and no longer lives in Texas.  She is an eighteen year old adult, who is the Guardian ad Litem for H.N.

2.      Plaintiff, H.N., has been held captive against her will and without her consent at several Utah licensed residential treatment centers — Aspen Assessment Center in Syracuse, Utah and New Haven Academy in Saratoga Springs, Utah for over a year, and has thus been forced to become a citizen of Utah.

3.      Plaintiffs, K.N., D.N. and Z.N., are minor citizens of the State of Texas, who have endured years of physical and emotional abuse at the hands of the Defendants, particularly JACK and SHANNON (referenced to below).

4.　　Defendant, JACK NUSZEN, is the biological father of Gabrielle Nuszen and her minor sisters, H.N, K.N., D.N., and Z.N., and is a citizen of Texas.

5.　　Defendant, SHANNON ORAND NUSZEN, is the wife of JACK and step-mother of Gabrielle and her minor sisters, H.N, K.N., D.N., and Z.N., and is a citizen of Texas.

6.　　Defendant, KAREN GOLLAHER, is a psychologist appointed by the Harris County District Court and has failed and refused to protect any and all of the Plaintiffs.

7.　　Defendant, JAY BEVAN, is a therapist appointed by Harris County and has failed and refused to protect any and all of the Plaintiffs.

8.　　Defendant, GUARDIANS OF HOPE, is a Texas corporation that is an escort service that JACK paid to take H.N. from her school and transport her across State lines from Texas to Utah to leave her stranded against her will and without her consent.

9.　　Defendant, NORMA WILLCOCKSON, is a Texas resident who owns and operates Guardians of Hope.

10.　　Doe Defendants I through X are citizens of the State of Texas and employees of Harris County, Texas or affiliated with it who, at all times material, were acting within the course and scope of their employment, or authorization, as agents for the other named Defendants.

11.　　Doe Defendants XI through XX were government agencies having regulatory powers and responsibilities over the safety of the Plaintiffs, and the employees of said agencies, who at all times material were acting either within the course and scope of their employment and authorization, or else as individuals, but in either case as agents for the other named Defendants.

## JURISDICTION

12.　　Jurisdiction of this Court is invoked pursuant to: (a) 28 U.S.C. § 1332(a), (b), and (c); and (d) The amount in controversy exceeds the sum of Seventy Five Thousand Dollars.

3

**VENUE**

13.    Venue is appropriate in this Court pursuant to the provisions of 28 U.S.C. § 1391(a), (b) and (c).

**FACTS**

14.    After Miriam Nuszen divorced JACK he thereafter manipulated Harris County into giving him primary custody of all five of his daughters.

15.    In that position JACK promoted, by a frequent and consistent pattern of false representations and suppressions of fact, that Miriam was afflicted with several levels of mental and emotional illness that adversely affected each and all of the Plaintiff children.  He many times reported her and the children to The Department of Child and Family Services as part of a strategy to have them removed from their home with her, and to be placed with him for eventual shipment out of state in further retribution for the divorce.

16.    JACK established a pattern and practice of telling Harris County psychologists, counselors, judges, attorneys, police officers, and any and all other officials having anything to do with child care that Miriam was an inept and incompetent mother psychologically unfit to raise his daughters. Contrary to fact, Miriam is a mother, whom each and all of the daughters dearly love and wish to be with.

17.    Miriam filed a police report, on or about two years ago, alleging that JACK threatened to kill her and their children. However, the Court refused to listen to such evidence and testimony, and failed to take such a report into consideration in rendering the custody order. In fact, JACK has sexually and physically abused Miriam during the course of their marriage, as well as abuse the children on repeated occasions.

18.    JACK, however, is a sociopathic liar and abuser of his children.  For this reason, he hired Defendant NORMA WILLCOCKSON, and her escort service to remove H.N. without

4

warning and against her will and consent from her Texas high school where she was a very excellent student of sound character.

19.     JACK sent H.N. to Island View Academy in Syracuse, Utah. *See Exhibit A: Humana Provider Demographic Report Rendering Provider Name with Address.* Island View's philosophy is to deprive its participants of all contact with the outside world, to treat them with rudeness and hostility, and to punish them for disobedience by deprivation and physical abuse. Island View has been and continues to be the subject of much litigation and controversy over its mistreatment of the captive children under its supervision and control. The tuition costs are enormous for a program run by amateurs who have no concept of proper health care administration or behavior. It has received much notoriety and adverse comment on survivor sites for its maltreatment of adolescents kept captive in its care.

20.     The state of Utah licenses such places as "residential treatment centers," but there is no transparency, no accountability and minimal regulation, mostly by low level social workers aided by minimum wage enforcers of mindless rules measured by forced behavior of mostly truants thrown together without discrimination about who needs what treatment and why.

21.     There was never any screening or adjudication that H.N. needed any type of behavior modification. H.N. was taken without warning and has been forced to survive at Island View Academy. It is now upon new information and belief that H.N. has been moved to New Haven Academy without anyone accounting for her welfare or condition, either physical or mental.

## FIRST CAUSE OF ACTION: PERSONAL INJURY

22.     Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

23.     JACK, as father and custodian of H.N., had a duty to protect her, care for her, and

keep her safe. JACK, however, breached his duty:

a.      By failing to notify H.N. that he was going to send her out of state to Utah to be confined for the indefinite future at Island View Academy.

b.      By failing to obtain H.N.'s informed consent to be confined at Island View Academy.

c.      By failing to inform himself that Island View Academy was not a school, but a rigorous and punitive behavior modification technique reformatory, to which H.N. was not accustomed, and by failing to have determined by an independent physician or psychologist that there was any legitimate need to send H.N. to Island View in Utah for such harsh treatment that typically in adolescents causes post-traumatic stress disorder.

d.      By failing to understand that H.N. would be put in the company of many young women who were truant, addicted to drugs, promiscuous, convicted of criminal behavior, and that they were at Island View not for recreation, education, or counseling, but for severe behavior modification.

e.      By failing to consider whether H.N's association with such individuals needing severe obedience training, often by rough handling and rude treatment, and that she would be there as well as the others under the overall assumption that everyone enrolled was truant, defiant, drug addicted, and sexually active, would be an appropriate placement for H.N. who was none of the above, but who would be likely contaminated by those who were.

f.      By making a placement that would deprive, for an indefinite period, H.N. of any association and communication with her mother and sisters whom she dearly loves.

g.      By instructing Island View Academy to prohibit H.N's mother from having any contact with H.N., and not informing H.N. that she had not been abandoned by her mother and

sisters, and that their not contacting her was due to their father's prohibition carried out by the academies.

h. By keeping H.N. separate from her sisters with whom she has had no contact whatsoever for over a year.

24. Miriam Blank, H.N.'s mother, along with her sisters, had a close, warm and loving relationship with H.N. As a proximate result of the described separation, JACK deliberately damaged and harmed H.N., her sisters and their mother.

25. JACK's conduct was malicious, wanton and in reckless disregard of H.N.'s health, safety and welfare, by reason of which she and her sisters are entitled to recover punitive damages.

26. Plaintiffs pray that this Court order JACK to release H.N. from Island View Academy or New Haven Academy or wherever else he is hiding her, and return her to her sister and Guardian ad Litem, Gabrielle, in [CONFIDENTIAL].

### SECOND CAUSE OF ACTION: FALSE IMPRISONMENT

27. Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

28. H.N. learned upon arrival at Island View Academy that its operation was designed to imprison her against her will and without her consent, and that she had no recourse by communicating with her mother to free her from the benighted treatment to which she was hopelessly subject. She sought to leave the program, but Island View restrained her from any contact with the outside world, and refused her request to return to her mother.

29. JACK's confinement of H.N. at Island View in Utah wrongfully violated the Texas custody order that governed his care and keeping of H.N. He knew that his daughter, H.N., was of an age where she had federal and state constitutional rights to due process and a liberty interest not to be unlawfully confined by any parent, with or without custody, in a punitive, isolated, foreign

7

venue with no recourse or contact with family members or legal assistance to gain release. JACK also knew full well that Island View, in keeping H.N. captive and isolated, would cause H.N. to suffer severe emotional distress due to the punitive treatment she would receive and the absence from her mother and the Plaintiffs that she would suffer.

30.     JACK's conduct was malicious, wanton and in reckless disregard of H.N.'s health, safety and welfare, by reason of which she is entitled to recover punitive damages against him.

31.     Plaintiffs pray for judgment as hereafter stated.

## THIRD CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

32.     Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

33.     JACK's sordid history of physically hurting H.N. and locking her away from family, friends, teachers, coaches, and home without warning, and in a brusque, public, humiliating manner, as if she were a person severely mentally ill or highly truant, caused her grievous mental and emotional distress.

34.     JACK's conduct was outrageous, malicious, wanton and in reckless disregard of H.N.'s health, safety and welfare, by reason of which she is entitled to recover punitive damages.

35.     Plaintiffs pray for judgment as hereafter stated.

## FOURTH CAUSE OF ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

36.     Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

37.     JACK had a duty to safeguard H.N. from demented hazing, denigration, isolation, confinement, and deprivation at his sole pleasure, and also not to inflict emotional distress on her sisters by depriving each and all of them from having contact with H.N. and she with them.

38.     JACK violated his duty to H.N. and her sisters by keeping them not only apart, but

8

also in secret silence from each other, and their mother.

39. JACK's conduct was in reckless disregard of H.N.'s and her sisters' health, safety and welfare, by reason of which Plaintiffs are entitled to recover punitive damages.

40. Plaintiffs pray for judgment as hereafter stated.

## FIFTH CAUSE OF ACTION: INVASION OF PRIVACY

41. Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

42. By having H.N. suddenly taken in broad daylight from her high school and in front of her peers by an escort service, and put in a Utah punitive behavior modification program totally isolated and silenced from all contact with family and friends, JACK cast H.N. in a false light as having done something so horribly wrong so that she was not fit to be trusted in normal society, including her own family.

43. JACK's conduct has caused Plaintiffs great mental and emotional distress.

44. JACK's conduct was malicious, wanton and in reckless disregard of H.N. and her sisters' health, safety and welfare, by reason of which the Plaintiffs are entitled to recover punitive damages.

45. Plaintiffs pray for judgment as hereafter stated.

## SIXTH CAUSE OF ACTION: NEGLIGENCE

46. Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

47. JACK had a father's duty to treat her with dignity, respect, and tenderness. He, however, negligently conceived, supervised, maintained and controlled H.N.'s negligent imprisonment at Island View Academy and New Haven Academy in the particulars set out above.

48. JACK's conduct proximately caused personal injury and emotional distress to H.N. for all of 2014, and there is every indication, unless this Court intervenes, that he will continue to

keep her away from the Plaintiffs and her mother until her majority two years hence.

49.     JACK's conduct is in reckless disregard of H.N.'s health, safety and welfare, by reason of which Plaintiffs are entitled to recover punitive damages.

50.     Plaintiffs pray for judgment as hereafter stated.

### SEVENTH CAUSE OF ACTION: BREACH OF FIDUCIARY DUTY

51.     Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

52.     By enrolling H.N. at Island View Academy and New Haven Academy in Utah, JACK cavalierly transferred his fiduciary duty as custodian of H.N. to surrogate strangers of no known merit in a foreign state who would, in turn, take H.N. into an unknown isolated, inhospitable and unforgiving area in a captive situation. JACK signed a power of attorney, giving custody of H.N. to Aspen and New Haven, which is evidenced in the contract between JACK and the residential treatment centers.

53.     Island View and New Haven breached their transferred fiduciary duties as surrogates to act in H.N.'s best interest, which proximately caused H.N. to sustain great pain, suffering, bodily injury and feelings of abandonment, and the Plaintiffs to suffer grievous mental and emotional distress over the needless suffering and isolation of their sister.

54.     The conduct of JACK in abandoning his duties under Title 5, Section 151.001(a)(2) and (3) of the Texas Family Code in favor of unknown Utah surrogates of no merit and dubious reputation was malicious, wanton and in reckless disregard of his fiduciary duty to care for H.N.'s health, safety and welfare, by reason of which Plaintiffs are entitled to recover both general and punitive damages against JACK, their father, for splitting them up and sending H.N. away, never to be seen or heard from again, a likely destiny for the remaining younger sisters unless this Court intervenes to prevent such a prospect.

10

55.    Plaintiffs pray for judgment as hereafter stated.

## EIGHTH CAUSE OF ACTION: STRICT LIABILITY OF CARRIER

56.    Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

57.    JACK, in hiring NORMA WILLCOCKSON, to transport H.N. from Houston, Texas into Syracuse, Utah had a duty to use utmost care and diligence for H.N's safe carriage, and was under the obligations to provide everything necessary for that purpose and to exercise to that end a reasonable degree of skill.

58.    For the reasons above stated, NORMA WILLCOCKSON failed to use utmost care and diligence for the safe carriage of H.N., but followed JACK's instructions to take H.N., whose mother also had custody, from her to an undisclosed location, and to take her suddenly without warning, and against her will and without her consent, knowing full well that such transport had to do with minors who have constitutional rights not to be kidnapped by one parent from another, both of whom have custodial rights and duties to be with their children, and they with them.

59.    NORMA WILLCOCKSON does this transporting of young people across state lines as a lucrative business without checking to see whether or not the transportation is regulated by interstate compact, and knows that her cargo is going to be confined in lock-down captivity without due process or any way to escape.

60.    The conduct of NORMA WILLCOCKSON was in reckless disregard of H.N.'s, health, safety and welfare, by reason of which both H.N. and her sisters are entitled to recover punitive damages.

61.    Plaintiffs pray for judgment as hereafter stated.

## NINTH CAUSE OF ACTION: CHILD ABUSE

62.    Plaintiffs incorporate by this reference the foregoing paragraphs as if stated in full.

63.    JACK, while having the care, custody and control of H.N., isolated her from her mother in an unfamiliar area of the Utah desert at Island View and New Haven academies, and did so in order to:

a.    Subject H.N. to conditions and circumstances likely to produce great bodily and emotional harm;

b.    Cause her to suffer, and negligently allowed to be inflicted upon her unjustifiable physical pain and mental suffering;

c.    Cause or permit her to be injured; and

d.    Cause or permit her to be placed in such a situation that her health would be endangered.

64.    Before H.N. was sent to Utah, JACK physically abused both H.N., Gabrielle, and all of her sisters as their individual affidavits will show. Gabrielle has endured abuse from her father; as noted in a physician's statement regarding Gabrielle's injury in 2010, *"dad hit...in face...abrasion to inside of bottom lip. [Gabrielle] has bruise to lower back and 2 fingerprint marks to L. [left] side of neck. [Gabrielle] states dad held her under water..." See Exhibit B: Physician's Statement Regarding Injury to Gabrielle Nuszen; see also Exhibit C: Gabrielle Nuszen's Affidavit*, dated September 29, 2013; *also see Exhibit D: Physician's Statement Regarding Injury to Kayla Nuszen.*

65.    JACK's cruel and reckless conduct toward these choice young girls is inexcusable and warrants this Court's removal of JACK's custody of and contact with his children hereinafter and forever.

66.    This Court has a duty to order a complete independent psychological assessment of JACK in order to ascertain whether or not he is a sociopath, in addition to having a narcissistic

personality disorder or other mental health defects that need treatment, supervision and restraint from contact with his children.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1. A Writ of Habeas Corpus producing H.N. before this Court to be examined as to her present circumstances and as to whether or not she has the right to be released from Island View, Aspen, or New Haven in Utah and returned to her sister, Gabrielle, in [CONFIDENTIAL].

2. Injunctive relief in the form of an Order enjoining further possession of H.N. by any aforesaid venue in Utah, and immediately releasing H.N. and transferring legal and physical custody to her sister, Gabrielle, so that she may provide for H.N.'s education at legitimate schools in the State of [CONFIDENTIAL] or elsewhere, before H.N. falls further behind academically.

3. General damages according to proof, but in no event lower than $100,000.

4. Punitive damages according to proof.

5. Costs of suit.

6. Such other and further relief that the Court deems just.

Dated:   March 20, 2015

Respectfully Submitted,

*Gabrielle Nuszen*

Gabrielle Nuszen, Pro Se
c/o Christina Wanies-Guirgis
Texas Bar No. 24084772
9555 W. Sam Houston Pkwy S., Suite 130
Houston, Texas 77099
Tel: (832) 582-8331
Fax: (832) 379-7490
Christinaw@waniesguirgispllc.com

14

Member Claim Payment Report

| Claim Number | Provider Name | First Name | Last Name | Rel | Member ID | Receipt Date | Begin DOS | End DOS | Diagnosis Code | Service Code 1 | Service Code 2 | In Plan | Status | Charge Amount | Allowed Amount | Denied Amount | Discount Amount | Coinsurance | Copay Amount | Deductible | Paid Amount | Member Responsibility | Paid Date | EX Code 1 | EX Code 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201304226243290 | DEBRA A CUTLER MD | HANNAH | NUSZEN | CHILD | 1178294404 | 22-Apr-13 | 17-Apr-13 | 17-Apr-13 | V202 | 36415 | | Y | DENIED | $5.00 | $5.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 26-Apr-13 | 6HO | 261 |
| 201304226243290 | DEBRA A CUTLER MD | HANNAH | NUSZEN | CHILD | 1178294404 | 22-Apr-13 | 17-Apr-13 | 17-Apr-13 | V202 | 82465 | | Y | PAID | $23.00 | $12.40 | $0.00 | $10.60 | $0.00 | $0.00 | $0.00 | $12.40 | $0.00 | 26-Apr-13 | 6HO | |
| 201304226243290 | DEBRA A CUTLER MD | HANNAH | NUSZEN | CHILD | 1178294404 | 22-Apr-13 | 17-Apr-13 | 17-Apr-13 | V202 | 85025 | | Y | PAID | $37.00 | $22.15 | $0.00 | $14.85 | $0.00 | $0.00 | $0.00 | $22.15 | $0.00 | 26-Apr-13 | 6HO | |
| 201304226243290 | DEBRA A CUTLER MD | HANNAH | NUSZEN | CHILD | 1178294404 | 22-Apr-13 | 17-Apr-13 | 17-Apr-13 | V202 | 99384 | | Y | PAID | $278.00 | $200.37 | $0.00 | $77.63 | $0.00 | $0.00 | $0.00 | $200.37 | $0.00 | 26-Apr-13 | 6HO | |
| 201312266490200 | LAURENT C SIGG MD | HANNAH | NUSZEN | CHILD | 1178294404 | 26-Dec-13 | 18-Dec-13 | 18-Dec-13 | V202 | 99384 | | Y | PAID | $188.00 | $142.95 | $0.00 | $45.05 | $0.00 | $0.00 | $0.00 | $142.95 | $0.00 | 30-Dec-13 | 6CO | |
| 20140103313078G | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 3-Jan-14 | 17-Dec-13 | 23-Dec-13 | 3094 | 124 | | N | PAID | $9,450.00 | $5,882.06 | $3,567.94 | $3,567.94 | $0.00 | $0.00 | $5,882.06 | $0.00 | $9,450.00 | 24-Jan-14 | 62D | |
| 201401133005201 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Jan-14 | 24-Dec-13 | 31-Dec-13 | 3094 | 128 | | N | PAID | $2,550.00 | $1,587.22 | $962.78 | $962.78 | $0.00 | $0.00 | $1,587.22 | $0.00 | $2,550.00 | 7-Feb-14 | 62D | |
| 201401133005201 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Jan-14 | 24-Dec-13 | 31-Dec-13 | 3094 | 128 | | N | PAID | $4,250.00 | $2,645.37 | $1,604.63 | $1,604.63 | $784.40 | $0.00 | $30.72 | $1,830.25 | $2,419.75 | 7-Feb-14 | 62D | |
| 201401133814300 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Jan-14 | 1-Jan-14 | 6-Jan-14 | 3094 | 128 | | N | PAID | $5,100.00 | $2,174.44 | $1,925.56 | $1,925.56 | $0.00 | $0.00 | $3,174.44 | $0.00 | $5,100.00 | 30-Jan-14 | 62D | |
| 201402246672943 | LABCORP OF AMERICA HOLDINGS | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Feb-14 | 19-Feb-14 | 19-Feb-14 | V202 | 80050 | | Y | PAID | $191.00 | $24.33 | $0.00 | $166.67 | $0.00 | $0.00 | $0.00 | $24.33 | $0.00 | 26-Feb-14 | 6HO | |
| 201402246672943 | LABCORP OF AMERICA HOLDINGS | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Feb-14 | 19-Feb-14 | 19-Feb-14 | V202 | 80061 | | Y | PAID | $102.00 | $14.62 | $0.00 | $87.38 | $0.00 | $0.00 | $0.00 | $14.62 | $0.00 | 26-Feb-14 | 6HO | |
| 201402246672943 | LABCORP OF AMERICA HOLDINGS | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Feb-14 | 19-Feb-14 | 19-Feb-14 | V202 | 82248 | | Y | PAID | $6.59 | $4.94 | $0.00 | $1.65 | $0.00 | $0.00 | $0.00 | $4.94 | $0.00 | 26-Feb-14 | 6HO | |
| 201402246672943 | LABCORP OF AMERICA HOLDINGS | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Feb-14 | 19-Feb-14 | 19-Feb-14 | V202 | 84446 | | Y | PAID | $47.00 | $6.75 | $0.00 | $40.25 | $0.00 | $0.00 | $6.75 | $0.00 | $0.00 | 26-Feb-14 | 6HO | |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | PAID | $2,550.00 | $1,587.22 | $962.78 | $962.78 | $0.00 | $0.00 | $1,587.22 | $0.00 | $2,550.00 | 24-Apr-14 | 62D | |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | PAID | $3,400.00 | $2,116.30 | $1,283.70 | $1,283.70 | $0.00 | $0.00 | $2,116.30 | $0.00 | $3,400.00 | 24-Apr-14 | 62D | |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | BACKED-OUT | -$3,400.00 | -$2,116.30 | -$1,283.70 | -$1,283.70 | $0.00 | $0.00 | -$2,116.30 | $0.00 | -$3,400.00 | 29-Jul-14 | 62D | |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | BACKED-OUT | -$2,550.00 | -$1,587.22 | -$962.78 | -$962.78 | $0.00 | $0.00 | -$1,587.22 | $0.00 | -$2,550.00 | 29-Jul-14 | 62D | |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | DENIED | $2,550.00 | $2,550.00 | $2,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,550.00 | 29-Jul-14 | SMN | SMN |
| 201403133465582 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 1-Feb-14 | 7-Feb-14 | 3094 | 128 | | N | DENIED | $3,400.00 | $3,400.00 | $3,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,400.00 | 29-Jul-14 | SMN | SMN |
| 201403133529597 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 7-Jan-14 | 31-Jan-14 | 3094 | 128 | | N | DENIED | $3,400.00 | $0.00 | $3,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,400.00 | 3-Apr-14 | 62D | SMN |
| 201403133529597 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 7-Jan-14 | 31-Jan-14 | 3094 | 128 | | N | DENIED | $3,400.00 | $3,400.00 | $3,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,400.00 | 3-Apr-14 | SMN | SMN |
| 201403133529597 | ASPEN INSTITUTE | HANNAH | NUSZEN | CHILD | 1178294404 | 13-Mar-14 | 7-Jan-14 | 31-Jan-14 | 3094 | 128 | | N | DENIED | $14,450.00 | $0.00 | $14,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,450.00 | 3-Apr-14 | 62D | SMN |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 80154 | | Y | PAID | $65.50 | $12.62 | $0.00 | $52.88 | $0.00 | $0.00 | $0.00 | $12.62 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 81003 | | Y | PAID | $7.95 | $1.53 | $0.00 | $6.42 | $0.00 | $0.00 | $0.00 | $1.53 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82145 | | Y | PAID | $55.05 | $10.60 | $0.00 | $44.45 | $0.00 | $0.00 | $0.00 | $10.60 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82520 | | Y | PAID | $53.68 | $10.34 | $0.00 | $43.34 | $0.00 | $0.00 | $0.00 | $10.34 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82542 | | Y | PAID | $319.65 | $61.60 | $0.00 | $258.05 | $0.00 | $0.00 | $0.00 | $61.60 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82570 | | Y | PAID | $18.33 | $3.53 | $0.00 | $14.80 | $0.00 | $0.00 | $0.00 | $3.53 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82646 | | Y | PAID | $29.25 | $14.09 | $0.00 | $15.16 | $0.00 | $0.00 | $0.00 | $14.09 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 82649 | | Y | PAID | $36.41 | $17.54 | $0.00 | $18.87 | $0.00 | $0.00 | $0.00 | $17.54 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 83925 | | Y | PAID | $68.90 | $13.27 | $0.00 | $55.63 | $0.00 | $0.00 | $0.00 | $13.27 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 83925 | | Y | PAID | $68.90 | $13.27 | $0.00 | $55.63 | $0.00 | $0.00 | $0.00 | $13.27 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 83986 | | Y | PAID | $12.68 | $2.44 | $0.00 | $10.24 | $0.00 | $0.00 | $0.00 | $2.44 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | 84311 | | Y | PAID | $24.75 | $4.77 | $0.00 | $19.98 | $0.00 | $0.00 | $0.00 | $4.77 | $0.00 | 18-Apr-14 | 6HO | |
| 201404166165800 | MILLENNIUM HEALTH LLC | HANNAH | NUSZEN | CHILD | 1178294404 | 16-Apr-14 | 7-Feb-14 | 7-Feb-14 | 30590 | G0431 | | Y | PAID | $102.99 | $49.60 | $0.00 | $53.39 | $0.00 | $0.00 | $0.00 | $49.60 | $0.00 | 18-Apr-14 | 6HO | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 80053 | Y | PAID | $51.30 | $275.29 | $0.00 | -$223.99 | $0.00 | $0.00 | $0.00 | $275.29 | $0.00 | 27-Apr-14 | 6CO | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 80196 | Y | PAID | $72.89 | $0.00 | $0.00 | $72.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 81001 | Y | PAID | $56.33 | $0.00 | $0.00 | $56.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 82003 | Y | PAID | $77.91 | $0.00 | $0.00 | $77.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 84439 | Y | PAID | $60.39 | $0.00 | $0.00 | $60.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 84443 | Y | PAID | $60.26 | $0.00 | $0.00 | $60.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 84703 | Y | PAID | $64.98 | $0.00 | $0.00 | $64.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404246061535 | OGDEN REGIONAL MEDICAL CENTER | HANNAH | NUSZEN | CHILD | 1178294404 | 24-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 300 | 85027 | Y | PAID | $36.80 | $0.00 | $0.00 | $36.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 27-Apr-14 | 6PP | |
| 201404256316496 | PATHOLOGY ASSOCIATES MID LABS | HANNAH | NUSZEN | CHILD | 1178294404 | 25-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | 36415 | | Y | DENIED | $29.25 | $29.25 | $29.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 9-May-14 | 6PO | 261 |
| 201404256316496 | PATHOLOGY ASSOCIATES MID LABS | HANNAH | NUSZEN | CHILD | 1178294404 | 25-Apr-14 | 18-Dec-13 | 18-Dec-13 | 29690 | G0431 | | Y | PAID | $360.83 | $0.00 | $0.00 | $360.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 9-May-14 | OVR | |
| 201405056333691 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 5-May-14 | 31-Mar-14 | 31-Mar-14 | 31381 | 1001 | | N | DENIED | $15,593.00 | $15,593.00 | $15,593.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,593.00 | 13-May-14 | 719 | 719 |
| 201405056466702 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 5-May-14 | 7-Feb-14 | 28-Feb-14 | 31381 | 1001 | | N | DENIED | $11,066.00 | $11,066.00 | $11,066.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,066.00 | 13-May-14 | 719 | |
| 201405136255008 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 13-May-14 | 1-Apr-14 | 30-Apr-14 | 31381 | 1001 | | N | DENIED | $15,090.00 | $15,090.00 | $15,090.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,090.00 | 23-May-14 | 719 | 719 |
| 201406096814191 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 9-Jun-14 | 1-May-14 | 31-May-14 | 31381 | 1001 | | N | PAID | $15,593.00 | $8,848.25 | $6,744.75 | $6,744.75 | $4,113.10 | $0.00 | $622.04 | $4,113.10 | $11,479.90 | 19-Jun-14 | 62D | |
| 201407146181686 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 14-Jul-14 | 1-Jun-14 | 30-Jun-14 | 31381 | 1001 | | N | PAID | $2,012.00 | $1,141.71 | $870.29 | $870.29 | $0.00 | $0.00 | $1,141.71 | $0.00 | $2,012.00 | 17-Sep-14 | 62D | |
| 201407146181686 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 14-Jul-14 | 1-Jun-14 | 30-Jun-14 | 31381 | 1001 | | N | DENIED | $13,078.00 | $13,078.00 | $13,078.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,078.00 | 17-Sep-14 | 719 | 719 |
| 201408146582617 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 14-Aug-14 | 1-Jul-14 | 31-Jul-14 | 31381 | 1001 | | N | PAID | $2,012.00 | $1,141.71 | $870.29 | $870.29 | $0.00 | $0.00 | $1,141.71 | $0.00 | $2,012.00 | 17-Sep-14 | 62D | |
| 201408146582617 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 14-Aug-14 | 1-Jul-14 | 31-Jul-14 | 31381 | 1001 | | N | DENIED | $13,581.00 | $13,581.00 | $13,581.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,581.00 | 17-Sep-14 | 719 | 719 |
| 201409296270196 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 29-Sep-14 | 1-Aug-14 | 31-Aug-14 | 31381 | 1001 | | N | PAID | $15,593.00 | $8,848.25 | $6,744.75 | $6,744.75 | $3,714.03 | $0.00 | $1,420.30 | $3,714.07 | $11,878.93 | 21-Oct-14 | 62D | |
| 201410156382272 | SOLACIUM NEW HAVEN | HANNAH | NUSZEN | CHILD | 1178294404 | 15-Oct-14 | 1-Sep-14 | 30-Sep-14 | 31381 | 1001 | | N | PAID | $15,090.00 | $8,562.82 | $6,527.18 | $6,527.18 | $531.41 | $0.00 | $7,500.00 | $531.41 | $14,558.59 | 21-Oct-14 | 62D | |

Page 1 of 2



| Claim Number | First Name | Last Name | Provider ID | Begin DOS | End DOS | Rendering Provider/Facility | State | Servicing Address Line 1 | Servicing Address Line 2 | City | Zip | Zip + 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201304226243290 | Hannah | Nuszen | 109677442481 | 17-Apr-13 | 17-Apr-13 | DEBRA A CUTLER MD | TX | 2727 W HOLCOMBE BLVD | | HOUSTON | 77025 | |
| 201312266690200 | Hannah | Nuszen | 122552304503 | 18-Dec-13 | 18-Dec-13 | LAURENT C SIGG MD | UT | 4040 MIDLAND DR | STE 2 | ROY | 84067 | |
| 201401033130786 | Hannah | Nuszen | 144490125467 | 17-Dec-13 | 23-Dec-13 | ASPEN INSTITUTE | | | | | | |
| 201401133005201 | Hannah | Nuszen | 144490125467 | 24-Dec-13 | 31-Dec-13 | ASPEN INSTITUTE | | | | | | |
| 201401133814300 | Hannah | Nuszen | 144490125467 | 1-Jan-14 | 6-Jan-14 | ASPEN INSTITUTE | | | | | | |
| 201402246672943 | Hannah | Nuszen | 189834454069 | 19-Feb-14 | 19-Feb-14 | LABCORP OF AMERICA HOLDINGS | | | | | | |
| 201403133465582 | Hannah | Nuszen | 144490125467 | 1-Feb-14 | 7-Feb-14 | ASPEN INSTITUTE | | | | | | |
| 201403133529597 | Hannah | Nuszen | 144490125467 | 7-Jan-14 | 31-Jan-14 | ASPEN INSTITUTE | | | | | | |
| 201404166165800 | Hannah | Nuszen | 112831113492 | 7-Feb-14 | 7-Feb-14 | MILLENNIUM HEALTH LLC | MI | 401 W MORGAN RD | | ANN ARBOR | 48108 | 9109 |
| 201404246061535 | Hannah | Nuszen | 189580384309 | 18-Dec-13 | 18-Dec-13 | OGDEN REGIONAL MEDICAL CENTER | UT | 5475 S 500 EAST | | OGDEN | 84405 | 6905 |
| 201404256316496 | Hannah | Nuszen | 148601210996 | 18-Dec-13 | 18-Dec-13 | PATHOLOGY ASSOCIATES MED LABS | WA | PO BOX 2720 | | SPOKANE | 99220 | |
| 201405056333691 | Hannah | Nuszen | 183324540756 | 1-Mar-14 | 31-Mar-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201405056468702 | Hannah | Nuszen | 183324540756 | 7-Feb-14 | 28-Feb-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201405136255008 | Hannah | Nuszen | 183324540756 | 1-Apr-14 | 30-Apr-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201406096814191 | Hannah | Nuszen | 183324540756 | 1-May-14 | 31-May-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201407146181686 | Hannah | Nuszen | 183324540756 | 1-Jun-14 | 30-Jun-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201408146582617 | Hannah | Nuszen | 183324540756 | 1-Jul-14 | 31-Jul-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201409296270196 | Hannah | Nuszen | 183324540756 | 1-Aug-14 | 31-Aug-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201410156382272 | Hannah | Nuszen | 183324540756 | 1-Sep-14 | 30-Sep-14 | SOLACIUM NEW HAVEN | | | | | | |
| 201412176361827 | Hannah | Nuszen | 183324540756 | 1-Nov-14 | 30-Nov-14 | SOLACIUM NEW HAVEN | | | | | | |